UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| Multimedia Commerce Group, Inc., and America's Collectibles Network, Inc. d/b/a Jewelry Television, ) ) ) ) | |
| *Plaintiffs*, ) ) | |
| v. ) ) | No.: 3:11-CV-470-PLR-HBG |
| Posh TV, a Joint Venture; Zalemark Holding Company, Inc. David Stiles; Stiles Family Limited Partnership; and Harry Kabadaian. ) ) ) ) ) | |
| *Defendants*. ) | |

## Order

This matter comes before the Court on a number of motions *in limine* filed by both remaining parties. [R. 127, 128, 129, 131, 132, 135, and 136]. In light of the parties' conditional settlement agreement and motion to stay all proceedings, including trial, pending compliance with the settlement agreement, the motions *in limine* are moot. [R. 164, 165]. They are therefore **Denied** without prejudice.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**